**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **RUSSELL W. STREET and** | ) | |
| **LISA STREET,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 4:26-cv-00776** |
| **v.** | ) | |
| | ) | |
| **JOSEPH P. SUTTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

### COUNT I - NEGLIGENCE

NOW COMES the Plaintiff, Russell W. Street, by and through his undersigned attorneys, and in support of his cause of action against the Defendant, Joseph P. Sutton, states as follows:

### PARTIES

1.      At all times relevant hereto, the Plaintiffs, Russell W. Street and Lisa Street, were and remain residents and citizens of the State of Illinois.

2.      At all times relevant hereto the Defendant, Joseph P. Sutton, was and remains a resident and citizen of Missouri.

### JURISDICTION AND VENUE

3.      This court has personal jurisdiction over Defendant because the acts and conduct giving rise to the claims asserted in this lawsuit occurred in Missouri, the claim value exceeds $75,000.00 and all Plaintiffs are diverse in citizenship from the Defendant.

4.      Venue is proper in this Court because the claims alleged herein occurred in the County of St. Charles, Missouri.

**FACTUAL BACKGROUND**

5.      On or about March 17, 2026, the Plaintiff, Russell W. Street, was operating his motor vehicle heading southbound on highway 61 near its intersection with McHugh Road.

6.      At the aforesaid time and place, the Defendant was operating his motor vehicle in the westbound on the crossover from northbound highway 61 to McHugh Road near the same intersection. Defendant was attempting to cross over. The Defendant there and then owed a duty, under MO. Rev. Stat. §304.012, to Plaintiff and others similarly situated to operate his motor vehicle with the *highest* degree of care.

7.      The Defendant attempted to crossover, but lost control of his vehicle, causing it to swerve into the Plaintiff's driving lane and strike the Plaintiff's vehicle.

8.      In violation of the aforesaid duty the Defendant committed one or more of the following negligent acts or omissions:

   (a)      failed to keep a proper lookout;

   (b)      failed to reduce speed to avoid colliding with Plaintiff's vehicle in violation of Mo. Rev. Stat. § 304.012;

   (c)      drove at an excessive rate of speed in violation of Mo. Rev. Stat. § 304.012;

   (d)      drove his automobile at a speed which is greater than is reasonable and proper with regard to traffic conditions and the use of the highway, or endangers the safety of any person or property in violation of Mo. Rev. Stat. § 304.012;

   (e)      failed to sound an audible horn warning prior to impact in violation of Mo. Rev. Stat. § 300.410;

   (f)      failed to yield the right of way to Plaintiff's automobile in violation of Mo. Rev. Stat. § 304.351;

   (g)      failed to lawfully change lanes in violation of Mo. Rev. Stat. § 304.015.

   (h)      drove his automobile in a careless and imprudent manner in violation of Mo. Rev. Stat. §304.016; and/or

(i)   failed to drive said vehicle in the right-hand lane, except when passing or lawfully making a left turn Mo Rev. Stat. § 304.015.

9.   As a direct and proximate result of the aforesaid, Defendant's automobile collided with Plaintiff's vehicle. Plaintiff there and then suffered severe and permanent injuries to his head, chest, and left shoulder. Plaintiff experienced great pain and mental anguish which has continued and will likely continue into the future. Plaintiff suffered disfigurement. Plaintiff has incurred and may continue to incur medical bills in treatment of his injuries. Plaintiff will likely require shoulder surgery. Plaintiff has lost income from his regular employment with said losses likely to continue. Plaintiff's injuries are such that he may require convalescent care in the future.

WHEREFORE, the Plaintiff prays for a judgment in his favor for an amount in excess of $75,000 and for costs of this action.

## COUNT II

NOW COMES the Plaintiff, Lisa Street, by and through her undersigned attorneys, in support of her cause of action against the defendant, Joseph P. Sutton, states as follows:

1-9.   Plaintiff repeats, realleges, and incorporates herein by reference paragraphs 1-9 of Count I as paragraphs 1-9 of this Count.

10.   At all times relevant hereto the Plaintiff, Lisa Street, was the spouse and was dependent, in whole or in part, upon Russell W. Street for her care and support.

11.   As a further and proximate result of the aforesaid, Lisa Street has been deprived of the support and services of her husband and has incurred debts and/or has paid for medical bills of her husband.

WHEREFORE the Plaintiff prays for a judgment in her favor for an amount in excess of $75,000.00 and for costs of this action.

PLAINTIFF PRAYS FOR TRIAL BY JURY

Respectfully submitted,

**WENDLER & ZINZILIETA, P.C.**

By: /s/ Brian M. Wendler
Brian M. Wendler, #39151
Angie M. Zinzilieta, #69783
5 Oak Drive
Maryville, Illinois 62062
Phone: (618) 692-0011
Fax:    (618) 692-0022
wendlerlawpc@gmail.com
*Attorneys for Plaintiffs*